[No. 50092-9-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERELL ALDERSON THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03130-5, Anthony P. Wartnik, J., entered February 22, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Coleman, J., concurred in by Ellington, A.C.J., and Appelwick, J.

[No. 51562-4-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO PERRYMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06501-3, George T. Mattson, J., entered February 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 53565-0-I. Division One. April 25, 2005.]

*In the Matter of the Marriage of* MATTHEW RICHARD ARMSTRONG, *Respondent*, and KRISTINA LEE ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 02-3-00265-8, Vickie I. Churchill, J., entered November 20, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53636-2-I. Division One. April 25, 2005.]

THE STATE OF WASHINGTON, *on the Relation of Laura Benjaminson, Respondent*, v. MICHAEL BENJAMINSON, *Appellant*, and JENNIE LYNN MCLEAN, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated December 27, 2005.